UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 03 2015 EAA
9-3-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mikey D. Loniello, JR

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Stateville Correctional Center,

Warden Tarry Williams,

Assistant Warden, Lamb,

Medical Director, Obaisi,

Wexford Health Services Inc,

Correctional Officer Jackson,

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

15cv7832
Judge Sharon Johnson Coleman
Magistrate Judge Daniel G. Martin
PC4

CHECK ONE ONLY:

    X      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

    ____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

    ____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Mickey D. Ioniello JR.

    B. List all aliases: -0-

    C. Prisoner identification number: #M-01174

    D. Place of present confinement: Stateville Correctional Center

    E. Address: PO Box 112, Joliet IL, 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Larry Williams

    Title: Warden/Chief Administrative Officer

    Place of Employment: Stateville Correctional Center

    B. Defendant: Assistant Warden Lamb

    Title: Assistant Warden

    Place of Employment: Stateville Correctional Center

    C. Defendant: DR. OBAISI, M.D.

    Title: Medical Director

    Place of Employment: Stateville Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant(s):

D.) Defendant: Wexford Health Services Incorporated,
   Title: Health Care provider for Inmates,
Place of employment: Wexford / Stateville Correctional Center,

C.) Defendant: Officer Jackson,
   Title: Correctional Officer (7:00 AM to 3:00 PM)
Place of employment: Stateville Correctional Center,

(2 of 2)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mickey D. Ioniello JR. Tom Dart, etc, et Al, 15-C 3723

B. Approximate date of filing lawsuit: April 27, 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Mickey D Ioniello JR.

D. List all defendants: Tom Dart, Cook County Sheriff, Cook County Medical personel At Cermak Hospital, names unknown At this time, Still Awaiting Discovery pertaining to names.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court, Northern District of Illinois.

F. Name of judge to whom case was assigned: Honorable, Judge Sharon Johnson, Coleman

G. Basic claim made: Inadequate medical treatment's Diety

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Do not know At this time.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Jurisdiction & Venue

(1) This is a Civil Action Authorized by 42.U.S.C. Section 1983 To redress the deprivation under Color of State Law, of rights Secured by the Constitution of the United States. This Court has Jurisdiction under 28.U.S.C. Section 1331 And 1367(A) Mickey D. Loniello, Jr. Asserts Claims under Federal And State Law.

(2) The Northern District is An Appropiate Venue under 28.U.S.C 1391(B) Because It is where The event given rise To this Claim occured.

### (Plaintiff:)

(3) Mickey D. Loniello Jr, who is incarcerated At the Stateville Correctional Center In Joliet, Illinois, At All relevant times Mickey D. Loniello Jr, was Housed In Stateville (N.R.C.) "Northern Reception Center", And is Still Housed In Stateville Correctional Center.

(Defendant:s)

(4) In his official Capacity, Tarry Williams The warden and Cheif administrative officer At Stateville Correctional Center On 6-17-15, "exhibit A", A Inmate Grievance was Addressed To Warden Tarry Williams As An Emergency pertaining to my Medical Condition, The (Chief administrative officer/warden's Behavior to Choose not to Act or Investigate plaintiff's Condition Which Assists the "Concealment Attitudes And Caused Certain Enviorments", Additionally, Defendants Behavior Contributes to 1 over All results to plaintiff's Conditions worsening to the extent of A "Madatory" operation On plaintiffs eye,

(5) In his official Capacity, Assistant Warden Lamb, plaintiff Spoke Directly to Defendant during his Cell house rounds, plaintiff spoke About "Not" being treated by medical personel, And his untreated Condition worsening, Also About "Not" recieving Any responses to his Inmate Grievances, Only to be told by the Defendant,

5

Is "not" his problem, to continue to try to write "Sick call" medical request slips, And grievances, The Defendants failure to Act Accordinly on behalf of plaintiff, Contributed to the continued pain, As he observes his Condition worsening! And led to Surgery to plaintiff's eye.

6) In his official Capacity: medical Director OBAISI, The medical Director for Wexford Health Services Inc, And Stateville Correctional center, He is responsible for (MDSC) medical Director Sick calls, And the overall Descisions of All Nurse practioners, plaintiff sent multiple request to Director Obaisi to "no Avail", Plaintiff was not Aknowledged by medical Director, he has the Knowledge That was needed to futhermore prevent the plaintiff's Condition, And Adequtly Identify A Diagnosis.

7) In his/her professional Capacity, J. Doe, RN As An employee/ representive of Wexford H.S. In the health care unit, (HCU) The Injury Due to Bacteria, J. Doe, did little to Investigate the situation And Assert A proper Soulution, This In-Aduciate medical Attention led to plaintiff's Injury, Due to this injury And poor plan of Action To remedy plaintiffs chronic condition, he Sought "All" proper medical Sick call procedures to "No Avail".

(5 of 5)

8) In her professional capacity, Correctional officer Jackson, on 5-20-15 Plaintiff informed Correctional officer Jackson that plaintiff was suffering some type of irritation in his eye, Defendant Jackson then stated to plaintiff its just red from rubbing it, Defendant Jackson is not a certified/Registered nurse to make any decisions pertaining to any medical conditions, by Defendant Jackson's ill advice, led to plaintiff's condition to worsen, Defendant Jackson Deliberatly "Did not" contact any medical personel to assest this situation.

(Factual Allegation's:)

9) Plaintiff Mickey D. Loniello Jr, Here after mentioned as Mickey D. Loniello, Jr, is and was at all times mentioned here, was and is a inmate in the State of Illinois Department of Corrections, Stateville Correctional Center/N.R.C.

10) Mickey D. Loniello Jr. is detained under I.D.O.C. Jail Number I.D.O.C. # M-01174 Since 5-19-15.

11) On 5-19-15 Plaintiff Mickey D. Loniello Enterd the Stateville "N.R.C." Recieving Center, upon his Arrival the plaintiff recieved a Bed roll, consisting of a Dirty sheet, Blanket, ect. Plaintiff spoke to Correctional officer Jackson and Asked for Another sheet and Blanket only to be told "no", there is nothing to be done about it.

12) The very next day, plaintiff awoke with a very irritated eye, plaintiff spoke directly to his assigned officer "Jackson", asking to be seen by a nurse or Doctor, only then to be told by officer Jackson "No" stop rubbing it.

13) Plaintiff stopped a Jon Doe nurse later that day of 5-20-15 he explained something was wrong with his eye, she continued to pass out the medication, this transpired on the 3:00pm to 11:00 pm shift, she would not give her name to plaintiff, plaintiff then filled out a medical request slip on a piece of paper due to the fact the correctional officer would not give him a proper one.

14) On 5-21-15, plaintiff once again showed his condition to officer Jackson once again to "no avail", all she said was to leave it alone.

15) On the night of 5-21-15 plaintiff then wrote a inmate grievance as well as another request to the medical director "OBAISI", explaining how his "Eye" had become "swollen shut", plaintiff "never" recieved any response regarding that inmate grievance and or any response from the medical Director.

15) On 5-22-15 was finally aknowledged and was taken to an outside hospital "ST. Joseph" only to be told by the doctor there that he has a serious eye condition, that there is a very serious infection, and that the infection spread to his other eye as well, plaintiff was told he should have recieved medical

(Continued)

15) Attention And that he could have lost Complete eyesight In Both eyes Due to the Lack of medical Attention.

16) On 5-26-15 plaintiff was again Sent to An Outside Hospital "St. Joseph" And was evaluated by a physician there And was prescribed a medication for both of his eyes.

17) On 6-5-15 plaintiff wrote Another grievance pertaining to his health Condition, And was Denied As a emergency, This negligence by the Chief Administrator Officer leaves plaintiff Exposed to prolonged pain-Suffering, This is Inadequate medical treatment, And Deliberate-Indifference.

18) Warden Tarry Williams, Is not A licensed practical Nurse, therefor he is not Allowed to make Decisions pertaining to medical Issues, Due to his response To plantiffs grievance, not A emergency, It Caused Severe Damage to plantiffs eye, his Deliberate-Reckless Indifference Caused plantiff to Suffer.

(Exhaustion of Legal Remidies)

Plaintiff, Mickey D. Loriello JR, used the Inmate Jail Grievance procedure availible at the Stateville Correctional Center to try to solve this medical issue. Plantiff presented the facts to this complaint and was sent a response saying it was "not" a medical emergency, and by doing so contributed to this mentioned medical issue to worsen.

(EX A)

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(19) A Declaration that the Acts and omissions Described herein Violated plaintiff's rights under the Constitution and the law of the United States.

(20) Compensatory Damages in the Amount this Honorable Court Sees Just, Against each Defendants Jointly and Severally

(21) Punitive Damages In the Amount to Be Determined At trial

(22) A Jury trial On All Issues triable by Jury.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of 8, 2015

_____
(Signature of plaintiff or plaintiffs)

Mickey D Loviello Jr
(Print name)

M0 1174
(I.D. Number)

Stateville Correctional center
P.O Box 112
Joliet IL 60434
(Address)

6

Revised 9/2007

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

NRC J312

| Date: 6-5-15 | Offender: (Please Print) Mickey D Loviello Jr | ID#: M01174 |
|---|---|---|
| Present Facility: NRC | Facility where grievance issue occurred: NRC | GRIEVANCE OFFICE JUN 17 2015 |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): 244

- [ ] Disciplinary Report: ___/___/___  Date of Report       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 Chief Administrative Officer, only if EMERGENCY grievance.
 Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

5-19-15 was prosesesd in NRC and put on VTeir Room 204 witch was water on floor with wet towels no running water, Also I was given a bed roll and the sheet was just nasty dirty and was not clean. The next day I woke 5/20/15 up and my right eye was red/irreting I had said something to CO Jackson at that time she said eye was just red from rubbing it and was going to notify someone about the water problem. Know the day went on no water fixed or cleaned up. 5/20 evening nurse came and said eyo was fine would not give name. 5/21/15

**Relief Requested:** When I woke up you smell mildew and my eye was red and hurting. So CO/Jackson seen my eye and said she would get a nurse while no nurse came,

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mickey D Loviello Jr   M01174   6/5/15
Offender's Signature    ID#     Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ___/___/___  
[ ] Send directly to Grievance Officer  
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ _____ ___/___/___
Print Counselor's Name   Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 6/17/15   Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Larry Williams    6/17/15
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender        Page 1        DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Then next shift still 5/21/15 The CO I talked to said nurse will be around later. Well nurse came looked at eye said she would get me to health care. Never happened. Know comes 5/22/15 my eye is swelled shut and the same run around all day and night as my eye is getting worse. Know 5/23/15 same treatment as other days know my eye is really hurting and there is something white were I can't see out it and I tell 3-11 officer Ms Hoony something she gets a nurse and around 9:00pm the take me to Health care and immeditly was sent out to ST Joes outside hospital and was told that have a series eye infection and it's spreading to left eye. They wanted to know why it took so long for medical attention. Could of lost both eyes. So They treated me for what they could because I need special Doctor and medical things they didn't have so I came back to NRC and was put in a new cell J-110 til tuesday 5/26/15. I went to sick call and doctor didn't read file or I don't but he didn't know my and he seen my eye's and sent me right back to ST Joes hospital They evaluated my eye and sent me to UIC in an Ambulance. Know at UIC/hospital downtown I was admitted. They had to put this med called TOBRAMYCIN + Cyclopate every hour on the hour and NRC couldn't handle that. They don't understand why it took so long to get help. 5/28/15 was released and brought back to NRC and they decided to put me at Statesville Hospital cause need eye drops every hour They moved me back to NRC 5/31/15 and put me in J-110 knowing that I need more eye drops. 6-2-15 I go back downtown to eye clinic and they said keep using Tobramycin well the pharmacy said no cause IDOC would not pay so they called Boswell they said no change to something elese. So we sit there all day they change the perscriptions to Tobramycin + Prednisolone Acetate and back to NRC gave nurses the scripts, well no eye drops from 6-1-15 until 6-7-15 know I went back to eye clincic 6-5-15 they want to know why no eye drops cause I could loss my whole eye They said stress it enough. Well my vision is lost in right eye I got my eyedrops but can't see out right eye. I have another appoint to eye docter week of 6/8 thu 6/13

U.S. POSTAGE >> PITNEY BOWES
ZIP 60403 $ 001.86⁰
02 1W
0001394077 SEP 01 2015

This correspondence is from an inmate of the IDOC

Mickey S Loviello Sr  M01174
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Legal Mail
———————

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 So. Dearborn Street
Chicago, IL 60604

15cv7832
Judge Sharon Johnson Coleman
Magistrate Judge Daniel G. Martin
PC4

Legal Mail

Legal Mail

2015 SEP -3 PM 12:51