## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICKEY LONIELLO, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No: 15 CV 7832 |
| ) | |
| DR. SALEH OBAISI; ) | Judge Coleman |
| WEXFORD HEALTH SOURCES, INC.; ) | |
| WARDEN TARRY WILLIAMS; ) | |
| ASSISTANT WARDEN LAMB; and ) | |
| OFFICER JACKSON. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: Counsel of Record
(See attached Service List)

**PLEASE TAKE NOTICE** that on **November 29, 2016**, I filed with the Clerk of the United States District Court for the Northern District of Illinois the following: Plaintiff's First Amended Complaint at Law.

Dated: November 29, 2016          GOLDBERG WEISMAN CAIRO,


                                  s/David S. Lipschultz_____
                                  David S. Lipschultz, ARDC #6277910
                                  Goldberg Weisman Cairo
                                  Attorneys for the Plaintiff
                                  One East Wacker Drive, 38th Floor
                                  Chicago, IL 60601
                                  312/464-1200
                                  dlipschultz@gwclaw.com

[1271747/1]

**CERTIFICATE OF SERVICE**

      I hereby certify that on **November 29, 2016**, I electronically filed this Notice and the document referred to above with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to above attorneys.

                                               s/David S. Lipschultz_____
                                               David S. Lipschultz, ARDC #6277910
                                               Goldberg Weisman Cairo
                                               Attorneys for the Plaintiff
                                               One East Wacker Drive, 38th Floor
                                               Chicago, IL 60601
                                               312/464-1200
                                               dlipschultz@gwclaw.com

[1271747/1]

Loniello v. Williams; et al.
Court No.: 15-7832 (N.D. of IL)
Our File No.: 16-352

**Service List**

Megan M. Honingford
Illinois Office of the Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601
P: 312-814-2527
mhoningford@atg.state.il.us
[Counsel for Tarry Williams and Asst. Warden Lamb]

Michael R. Slovis/Michael F. Compton
Cunningham Meyer & Vedrine
One E. Wacker Dr., 22nd Floor
Chicago, IL 60601
P: 312-578-0049
mslovis@cmvlaw.com; mcompton@cmvlaw.com
[Counsel for Dr. Obaisi]

Illinois Department of Corrections
100 W. Randolph, St. 4-200
Chicago, IL 60601
doc.ilndnotices@doc.illinois.gov

[1271747/1]